☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:    **Latoya Anderson**                                    Case No.

Debtors:                                                          Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**    (1) **5912 Hazard Crest Cove Apt 2**                    (2)
                    **Memphis, TN 38115**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **30.00**    (✓) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ✓ **PAYROLL DEDUCTION** From:    RENT A CENTER 5501    **OR ( X ) DIRECT PAY**
                                   HEADQUARTERS DR PLANO TX
                                   75024

   **Debtor(2)** shall pay $    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From:                              **OR (   ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]              ☐ YES   ✓ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION               ✓ YES   ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].           ☐ YES   ✓ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ✓ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                        Monthly Plan Payment:

                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**            ongoing payment begins                                      $
                    Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**                                         Amount                                  $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**            ongoing payment begins                                      $
                    Approximate arrearage:              Interest                $

**7. SECURED CREDITORS**
                                    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
[Retain lien 11 U.S.C. §1325 (a)(5)]
**AMERICAN CAR CENTER (LEASED AND CURRENT)**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
   SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]   Value of Collateral:    Rate of Interest    Monthly Plan Payment:
                                    **0.00**                **0.00**            $**0.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-    Amount:    Rate of Interest    Monthly Plan Payment: $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None    ☐ Not provided for    **OR**    ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $48,742.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

AMERICAN CAR CENTER    ☑ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Gene Bell    Date **June 3, 2019** .
**Gene Bell**
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)